IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESSICA BUTLER, | § | |
|     *Plaintiff*, | § | |
| v. | § | |
| UNITED PARCEL SERVICE, INC. and | § | CIVIL ACTION NO. 3:13-CV-79-FM |
| ABM INDUSTRIES, INC. d/b/a | § | |
| ABM SECURITY SERVICES, | § | |
|     *Defendants*. | § | |

## FINAL JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

In accordance with the Local Rule CV-88(a) and the Court's February 3, 2014 Order to Submit Final ADR Report, Plaintiff Jessica Butler and Defendants submit this Final Joint Alternative Dispute Resolution Report and respectfully show the following:

1. The Parties have engaged in informal settlement discussions, which have resulted in a tentative settlement agreement. The Parties are currently finalizing the terms of their confidential settlement of all claims and are in the process of preparing dismissal documents. The Parties will file a Joint Stipulation of Dismissal with Prejudice in this case no later than March 10, 2014.

2. The person who is responsible for settlement negotiations on behalf of Plaintiff is its counsel, Dennis Richard.

3. The person who is responsible for settlement negotiations on behalf of Defendant ABM is its counsel, Charles High.

4.  The person who is responsible for settlement negotiations on behalf of Defendant United Parcel Services ("UPS") is its counsel, Shannon B. Schmoyer of Schmoyer Reinhard LLP.

RESPECTFULLY SUBMITTED:

/s/ Dennis L. Richard
Dennis L. Richard, Esq.
State Bar No. 16842600
dennis@dlrep.com
Law Office of Dennis L. Richard
4171 North Mesa, Suite B-201
El Paso, Texas 79902
PH:     915.533.2211
FX:     915.533.2244

**ATTORNEY FOR PLAINTIFF,
JESSICA A. BUTLER**

/s/ Shannon B. Schmoyer
Shannon B. Schmoyer
sschmoyer@sr-llp.com
State Bar No. 17780250
Christine E. Reinhard
creinhard@sr-llp.com
State Bar No. 24013389
Schmoyer Reinhard LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
PH:     210.447.8033
FX:     210.447.8036

**ATTORNEY FOR DEFENDANT,
UNITED PARCEL SERVICE, INC. (OHIO)**

/s/ Charles C. High, Jr.
Charles C. High, Jr.
chigh@kempsmith.com
State Bar No. 09605000|
Jose A. Howard-Gonzalez
agonzalez@kempsmith.com
State Bar No: 24067670
Kemp Smith LLP
P.O. Box 2800
El Paso, Texas 79999-2800
PH:   915.533.4424
FX:   915.546.5360

**ATTORNEYS FOR DEFENDANT,
ABM INDUSTRIES INCORPORATED**